IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Davis, Tamika L | Case Number: 07 B 21769 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 8/12/08 | Filed: 11/19/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 8, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,900.00 | |
| Secured: | | 157.98 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,619.62 |
| Trustee Fee: | | 122.40 |
| Other Funds: | | 0.00 |
| Totals: | 1,900.00 | 1,900.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Nicole G Lawson | Administrative | 3,000.00 | 1,619.62 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 1,900.00 | 157.98 |
| 4. | Countrywide Home Loans Inc. | Secured | 35,558.78 | 0.00 |
| 5. | World Financial Network Nat'l | Unsecured | 92.83 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 13.68 | 0.00 |
| 7. | United States Dept Of Education | Unsecured | 3,271.67 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 169.68 | 0.00 |
| 9. | United States Dept Of Education | Unsecured | 1,147.20 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 917.58 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 19.43 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 230.55 | 0.00 |
| 13. | World Financial Network Nat'l | Unsecured | 71.06 | 0.00 |
| 14. | Messerli & Kramer | Unsecured | 409.39 | 0.00 |
| 15. | City Of Chicago Dept Of Revenue | Unsecured | 94.00 | 0.00 |
| 16. | RoundUp Funding LLC | Unsecured | 129.01 | 0.00 |
| 17. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 18. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 19. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 20. | NBGL-Carsons | Unsecured | | No Claim Filed |
| 21. | Debt Credit Service | Unsecured | | No Claim Filed |
| 22. | Harris & Harris | Unsecured | | No Claim Filed |
| 23. | Lord & Taylor | Unsecured | | No Claim Filed |
| 24. | HSBC | Unsecured | | No Claim Filed |
| 25. | Loyola University Chicago | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Davis, Tamika L

Printed: 8/12/08

Case Number: 07 B 21769
Judge: Wedoff, Eugene R
Filed: 11/19/07

| | | | | |
|---|---|---|---|---|
| 26. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 27. | University of Illinois | Unsecured | | No Claim Filed |
| 28. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 29. | Olive Harvey College | Unsecured | | No Claim Filed |
| 30. | Professional Account Management | Unsecured | | No Claim Filed |
| 31. | NBGL | Unsecured | | No Claim Filed |
| 32. | Rnb Fields3 | Unsecured | | No Claim Filed |

$ 47,024.86      $ 1,777.60

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 7.24 |
| 6.5% | 115.16 |

$ 122.40

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

